**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| BENJAMIN L. QUARLES | CIVIL ACTION NO. 22-1326 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| CHRIS MCCLARAN, ET AL. | MAGISTRATE JUDGE HORNSBY |

### ORDER

Considering the Motion to Dismiss filed by Defendants City of Minden, Chief Steve Cropper, Officer Chris McClaran, and Officer Chris Hammontree (Record Document 17):

Since this Motion to Dismiss was filed, Plaintiff has subsequently amended his complaint. See Record Document 22. "An amended complaint supersedes the original complaint and renders it of no legal effect unless the amended complaint specifically refers to and adopts or incorporates by reference the earlier pleading." King v. Dogan, 31 F.3d 344, 346 (5th Cir. 1994) (citing Boelens v. Redman Homes, Inc., 759 F.2d 504, 508 (5th Cir. 1985)). Defendants are free to refile their Motion to Dismiss addressed to the amended complaint.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss (Record Document 17) is **DENIED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 15th day of September, 2022.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT